UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MARIO VIDAL PONCE, | Case No. 5:22-cv-00364-MCS (JDE) |
| Petitioner, | ORDER ACCEPTING AMENDED FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| BRIAN CATES, et al., | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records and files herein, including the Petition (Dkt. 1, "Petition"), Respondent's Answer to the Petition (Dkt. 12) and supporting records, Petitioner's Reply (Dkt. 14), the Amended Report and Recommendation of the United States Magistrate Judge (Dkt. 21, "Amended Report"), and Petitioner's Objections to the Amended Report (Dkt. 21).

Having engaged in a de novo review of those portions of the Amended Report to which objections have been made, the Court concurs with and accepts the findings and recommendations of the Magistrate Judge.

/ / /

IT IS THEREFORE ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

Dated: November 28, 2022

_____

MARK C. SCARSI
United States District Judge