JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MARIO VIDAL PONCE, | Case No. 5:22-cv-00364-MCS (JDE) |
| Petitioner, | JUDGMENT |
| v. | |
| BRIAN CATES, et al., | |
| Respondents. | |

Pursuant to the Order Accepting Amended Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the operative Petition is denied and this action is dismissed with prejudice.

Dated: November 28, 2022

*Mark C. Scarsi*
MARK C. SCARSI
United States District Judge